1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  KATHERINE M. LLOYD-LOVETT (CABN 276256)
   Assistant United States Attorney
5
      1301 Clay Street, Suite 340S
6     Oakland, California 94612
      Telephone: (510) 637-3680
7     FAX: (510) 637-3724
      katherine.lloyd-lovett@usdoj.gov
8
   Attorneys for United States of America
9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 4:20-mj-70785-MAG |
| Plaintiff, | ) ) ) | |
| v. | ) ) | PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM |
| STEVEN CARRILLO, | ) ) | |
| Defendant. | ) ) | |

TO:  The Honorable Laurel Beeler, United States Magistrate Judge for the Northern District of California

United States Attorney David L. Anderson respectfully requests that the Court issue a Writ of Habeas Corpus Ad Prosequendum for the person of prisoner STEVEN CARRILLO, whose place of custody or jailor are set forth in the requested Writ, attached hereto.

///

///

///

PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM
CASE NO. 4:20-mj-70785-MAG

1  The prisoner, STEVEN CARRILLO, is required to appear as a defendant in the above-entitled
2  matter in this Court on the date identified in the writ and for all future hearings, and therefore petitioner
3  prays that the Court issue the Writ as presented.

5  Dated: June 17, 2020                                  Respectfully Submitted,

                                                        DAVID L. ANDERSON
                                                        United States Attorney

                                                              /s/
                                                        KATHERINE M. LLOYD-LOVETT
                                                        Assistant United States Attorney

PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM
CASE NO. 4:20-mj-70785-MAG

DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

KATHERINE M. LLOYD-LOVETT (CABN 276256)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    katherine.lloyd-lovett@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) CASE NO. 4:20-mj-70785-MAG |
|---|---|
| Plaintiff, | ) |
| v. | ) [PROPOSED] ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM |
| STEVEN CARRILLO, | ) |
| Defendant. | ) |

Upon motion of the United States of America, and good cause appearing therefore,

IT IS HEREBY ORDERED that the request of the United States for issuance of the Writ of Habeas Corpus Ad Prosequendum requiring the production of defendant STEVEN CARRILLO, before this Court on the date stated in the Writ submitted, or as soon thereafter as practicable, and requiring that the defendant be present for all future hearings, is granted and the Writ shall be issued as presented.

DATED: _____     _____
                                                                            Hon. Laurel Beeler
                                                                            United States Magistrate Judge

# WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO: DONALD M. O'KEEFE, United States Marshal for the Northern District of California, JIM HART, the Santa Cruz County Sheriff, and STEVE BERNAL, Monterey County Sheriff, and/or any of their authorized deputies:

Pursuant to the foregoing petition and order, you are directed to produce the body of STEVEN CARRILLO (Booking Number: FN2004012), who is in the custody of the Santa Cruz County Sheriff's Office at the Monterey County Jail, before the Honorable Laurel Beeler, United States Magistrate Judge for the Northern District of California, located at the San Francisco Federal Courthouse, located at 450 Golden Gate Avenue, San Francisco, California, 94102, or by any remote appearance technology in use on that date by the district court, on Tuesday, June 23, 2020, at 10:30 a.m., or as soon thereafter as practicable, on the charges filed against defendant in the above-entitled Court and further to produce said defendant at all future hearings as necessary until the termination of the proceedings in this Court.

Should the current custodian release STEVEN CARRILLO from its custody, you are directed that the defendant immediately be delivered and remanded to the U.S. Marshals for the Northern District of California and/or his authorized deputies under this Writ.

DATED: _____

CLERK, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

By: _____
DEPUTY CLERK

WRIT OF HABEAS CORPUS AD PROSEQUENDUM
CASE NO. 4:20-mj-70785-MAG