DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

PHILIP KOPCZYNSKI (NYBN 4627741)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    Fax: (415) 436-7027
    David.L.Anderson@usdoj.gov
    Philip.Kopczynski@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> STEVEN CARRILLO and <br> ROBERT ALVIN JUSTUS, JR., <br><br> Defendants. | Case No. 20-CR-265 YGR <br><br> **STIPULATION TO CONTINUE STATUS HEARINGS AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT; [PROPOSED] ORDER** |

    Counsel for the United States and counsel for the defendants, Steven Carrillo and Robert Alvin Justus, Jr., stipulate that the status hearings set for August 6, 2020, at 9:00 a.m. for Mr. Carrillo, and July 23, 2020, at 9:00 a.m. for Mr. Justus, should be continued to a joint status hearing via Zoom for both defendants on August 19, 2020, at 1:00 p.m. The parties further stipulate that time should be excluded under the Speedy Trial Act through August 19, 2020.

    The parties agree that time should be excluded under the Speedy Trial Act so that defense counsel can prepare to defend the case, including by reviewing the discovery that has been and will be produced. Discovery will be voluminous, and will consist of electronic evidence, written reports, and many other items. This case is complex due to the nature of the prosecution and the presence of two

defendants. In addition, the COVID-19 pandemic has created challenges in many aspects of the judicial process, as reflected in, among other things, the Court's General Orders 72-4, 73, and 74. For these reasons, excluding time until August 19, 2020, is reasonable to allow for adequate preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(ii). The parties further agree that the ends of justice served by excluding the time through August 19, 2020, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendants in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A).

Both defendants, having discussed their rights with counsel, knowingly and voluntarily waive their personal appearances at the August 19, 2020 status hearing, and they understand and agree that their counsel will appear by Zoom rather than in person.

The undersigned United States Attorney certifies that counsel for the defendants have given their approval to file this stipulation and proposed order.

**IT IS SO STIPULATED.**

DATED: July 17, 2020

/s/
DAVID L. ANDERSON
United States Attorney

DATED: July 17, 2020

/s/
JAMES THOMSON
Counsel for Defendant STEVEN CARRILLO

DATED: July 17, 2020

/s/
SHAFFY MOEEL
RICHARD NOVAK
Counsel for Defendant ROBERT ALVIN JUSTUS, JR.

**[PROPOSED] ORDER**

Based upon the facts set forth in the stipulation of the parties, the nature of this prosecution and the charges and allegations in the indictment, the reasons set forth in this Court's General Orders 72-4, 73, and 74, and for good cause shown, the Court vacates the status hearings presently set for the defendants and sets a joint status hearing on August 19, 2020. At the defendants' request, the hearing will occur via Zoom teleconferencing. The Court finds that the defendants have knowingly and voluntarily waived their personal appearances at that hearing, and that they will be competently represented by their counsel appearing via Zoom. In addition, the Court finds that this case is complex, and that excluding time until August 19, 2020, is reasonable to allow for adequate preparation of counsel. The Court further finds that the ends of justice served by excluding the time through August 19, 2020, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendants in a speedy trial. Therefore, and with the consent of the parties, IT IS ORDERED that a joint status hearing via Zoom is set for August 19, 2020, at 1:00 p.m., and that the time through August 19, 2020, is excluded from computation under the Speedy Trial Act. *See* 18 U.S.C. § 3161(h)(7)(A), (B)(ii).

**IT IS SO ORDERED**.

DATED: _____  
_____  
HON. YVONNE GONZALEZ ROGERS  
United States District Judge