JAMES S. THOMSON
California SBN 79658
Attorney and Counselor at Law
732 Addison Street, Suite A
Berkeley, California 94710
Telephone: (510) 525-9123
Facsimile:  (510) 525-9124
Email: james@ycbtal.net

Attorney for Defendant
STEVEN CARRILLO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>STEVEN CARRILLO,<br><br>Defendants.<br>_____ | Case No. 4:20-cr-00265-YGR<br><br>**STEVEN CARRILLO'S STATUS CONFERENCE REPORT**<br><br>**Date: August 19, 2020**<br>**Time: 1:00 P.M.**<br><br>Judge: Hon. Yvonne Gonzalez Rogers |

**I.     PROCEDURAL HISTORY**

On June 16, 2020, the government filed a criminal complaint against United States Air Force Sergeant Steven Carrillo.  Doc #1.  The complaint charges Sgt. Carrillo with murder of a person assisting an officer or employee of the United States Government (Count 1) and attempted murder of a person assisting an officer or employee of the United States Government (Count 2).  Id.

On June 23, 2020, Sgt. Carrillo made his initial appearance before the Magistrate Court.  Doc #6.

On June 25, 2020, an indictment was filed in this case.  Doc #12.  Sgt. Carrillo and Robert Justus, Jr. are charged with first degree murder of a person assisting an officer or employee of the United States Government and aiding and abetting the same in violation

Status Report

1

of 18 U.S.C sections 1114(1), and 2(a) (Count 1) and attempted murder of a person assisting an officer or employee of the United States Government and aiding and abetting the same in violation of 18 U.S.C. sections 1114(3), 1111, and 2(a) (Count 2).  Id. at 1-2. Special findings are alleged as to Count 1.  18 U.S.C. section 3591(a), (a)(2)(A), (a)(2)(B), (a)(2)(C), and (a)(2)(D).

On July 2, 2020, the Court appointed the undersigned counsel as lead and learned counsel for Sgt. Carrillo.  Doc #18.  That same day, Sgt. Carrillo was arraigned on Counts 1 and 2 and entered pleas of not guilty to all charges.  Id.  The Court set a status conference for August 6, 2020.  Id.

On July 6, 2020, the parties filed a stipulation and proposed protective order.  Doc #21.  On July 8, 2020, this Court modified and issued the protective order.  Doc #23.

On July 13, 2020, the Court requested the parties to reschedule their respective status conferences for the same date.  On July 17, 2020, the parties filed a stipulation to continue status hearings and exclude time under the speedy trial act and a proposed order. Doc #25.  That same day, the Court issued the order rescheduling the matter for August 19, 2020.  Doc #26.

## II.   CLIENT COMMUNICATION

Due to the COVID-19 pandemic and the visiting restrictions at Santa Rita Jail, neither counsel nor any defense team members have met with Sgt. Carrillo in person.  The defense team has only had Zoom and telephone conferences with Sgt. Carrillo.

Counsel has some concerns regarding the confidentially of the Zoom conferences. Counsel has discussed this matter with CJA Supervising Attorney Diana Weiss.  Ms. Weiss answered counsel's questions and provided pertinent information regarding the matter.  Counsel will look into the confidentially issues based on the information provided by Ms. Weiss.

**III.   DISCOVERY STATUS**

The government has delivered three productions of discovery, July 17, 2020, August 4, 2020 and August 14, 2020.  In total, the government has produced 79,539 pages, 4,559 photos, 15 video files and 6 audio files to date.

Counsel has sent eight discovery letters to the government regarding various issues.  The parties have resolved most of the issues and will continue to work towards resolving issues informally.

**IV.   EVIDENCE VIEWING**

On August 5, 2020, counsel requested to view the evidence seized from Sgt. Carrillo and/or which the government intends to offer in its case-in-chief after the COVID-19 pandemic has stabilized.  The parties will schedule a viewing of the evidence at a later date.

**V.   REVERSE PROFFER SESSION**

On July 30, 2020, the government offered to schedule a reverse proffer session. That same day, counsel accepted the offer and on July 31, 2020, the parties scheduled the reverse proffer session for August 14, 2020.  That day, the reverse proffer session was held.

**VI.   DEATH PENALTY AUTHORIZATION**

Counsel for the government and counsel for Sgt. Carrillo have initially discussed the death penalty authorization process in this case.  The parties will continue to meet and confer regarding the matter.

**VII.   CO-DEFENDANT ROBERT JUSTUS**

According to the complaint, on June 11, 2020, Mr. Justus provided a statement to the FBI.  Doc #1 at 18-21.

On July 2, 2020, counsel for Sgt. Carrillo requested the statement of Mr. Justus that was referenced in the complaint.

On July 17, 2020, pursuant to this discovery request, the government provided the video recorded statement to counsel.

## VIII. FURTHER PROCEEDINGS

Counsel requests that the Court schedule a further status conference in 60 to 90 days. Sgt. Carrillo waives time in accordance with this request.

DATED: August 17, 2020                              Respectfully submitted,

                                                                       */s/ James Thomson*

                                                                        JAMES THOMSON
                                                                        Attorney for Steven Carrillo