1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  PHILIP KOPCZYNSKI (NYBN 4627741)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7200
7       Fax: (415) 436-7027
        David.L.Anderson@usdoj.gov
8       Philip.Kopczynski@usdoj.gov

9  Attorneys for United States of America

10               UNITED STATES DISTRICT COURT

11             NORTHERN DISTRICT OF CALIFORNIA

12                    OAKLAND DIVISION

13  UNITED STATES OF AMERICA,           )  Case No. 20-CR-265 YGR
                                         )
14       Plaintiff,                      )  **STIPULATION TO EXCLUDE TIME UNDER**
                                         )  **THE SPEEDY TRIAL ACT; [PROPOSED]**
15  v.                                   )  **ORDER**
                                         )
16  STEVEN CARRILLO and                  )
    ROBERT ALVIN JUSTUS, JR.,            )
17                                       )
         Defendants.                     )
18                                       )
                                         )
19  _____    )

20       Counsel for the United States and counsel for the defendants, Steven Carrillo and Robert Alvin

21  Justus, Jr., stipulate that time should be excluded under the Speedy Trial Act from August 19, 2020,

22  through October 28, 2020.

23       At the status conference held on August 19, 2020, the parties agreed that time be excluded under

24  the Speedy Trial Act so that defense counsel could continue to prepare, including by reviewing the

25  discovery.  In addition, this case is complex due to the nature of the prosecution and the presence of two

26  defendants, and the COVID-19 pandemic has created challenges in many aspects of the judicial process,

27  as reflected in, among other things, the Court's General Orders 72-5, 73, and 74.  For these reasons, and

28  as further stated on the record at the status conference, excluding time until October 28, 2020, is

1   reasonable to allow for adequate preparation of counsel.  *See* 18 U.S.C. § 3161(h)(7)(B)(ii).  The parties

2   further agree that the ends of justice served by excluding the time until October 28, 2020, from

3   computation under the Speedy Trial Act outweigh the best interests of the public and the defendants in a

4   speedy trial.  *See* 18 U.S.C. § 3161(h)(7)(A).

5       Both defendants, having discussed their rights with counsel, knowingly and voluntarily waive

6   their personal appearances at the October 28, 2020, status conference, and they understand and agree

7   that their counsel will appear by Zoom rather than in person.

8       The undersigned United States Attorney certifies that counsel for the defendants have given their

9   approval to file this stipulation and proposed order.

10  **IT IS SO STIPULATED.**

11  DATED:  August 27, 2020                    _____/s/_____

12                                             DAVID L. ANDERSON
                                               United States Attorney

13

14  DATED:  August 27, 2020                    _____/s/_____

15                                             JAMES THOMSON
                                               Counsel for Defendant

16                                             STEVEN CARRILLO

17

18  DATED:  August 27, 2020                    _____/s/_____

19                                             SHAFFY MOEEL
                                               RICHARD NOVAK

20                                             Counsel for Defendant
                                               ROBERT ALVIN JUSTUS, JR.

21

22

23

24

25

26

27

28

1

**[PROPOSED] ORDER**

2
    Based upon the facts set forth in the stipulation of the parties, the nature of this prosecution and

3
the charges and allegations in the indictment, the reasons set forth in this Court's General Orders 72-5,

4
73, and 74, and for good cause shown, the Court finds that this case is complex, and that excluding time

5
until October 28, 2020, is reasonable to allow for adequate preparation of counsel.  The Court further

6
finds that the ends of justice served by excluding the time through October 28, 2020, from computation

7
under the Speedy Trial Act outweigh the best interests of the public and the defendants in a speedy trial.

8
Therefore, and with the consent of the parties, IT IS ORDERED that the time from August 19, 2020,

9
through October 28, 2020, is excluded from computation under the Speedy Trial Act.  *See* 18 U.S.C.

10
§ 3161(h)(7)(A), (B)(ii).  In addition, the Court finds that the defendants have knowingly and voluntarily

11
waived their personal appearances at October 28, 2020, hearing, and that they will be competently

12
represented by their counsel appearing via Zoom.

13
**IT IS SO ORDERED.**

14

15
DATED: _____

16
                                                    _____
                                                    HON. YVONNE GONZALEZ ROGERS
17
                                                    United States District Judge

18

19

20

21

22

23

24

25

26

27

28