UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES

**Date:** August 19, 2020      **Time:** 12:57pm-1:40pm      **Judge:** YVONNE GONZALEZ ROGERS

**Case No.:** 20-cr-00265-YGR-1      **Case Name:** UNITED STATES v. Steven Carrillo [appearance waived; in custody] Robert Justus Jr. [appearance waived; in custody]

**Attorney for Plaintiff:** AUSA David Anderson and Philip Kopczynski
**Attorney for Defendant: Deft Carillo:** James Thompson
**Deft Justus:** Shaffy Moeel and Richard Novak

**Deputy Clerk:** Frances Stone      **Court Reporter:** Raynee Mercado
**Interpreter:** not needed      **Probation Officer:** not needed

### PROCEEDINGS
STATUS CONFERENCE VIA ZOOM- HELD

**CASE CONTINUED TO:** Wednesday, October 28, 2020 at 1:00pm for Status via Zoom

**Notes**: Counsel agree that appearances of the defendants today are waived.
Counsel are to meet and confer and file in writing regarding if this is a Complex case.
Counsel for Defendant Carillo requests appearance be waived for the 10/28/20 status date.

**EXCLUDABLE DELAY:**
Category
Begins: 8/19/20
Ends : 10/28/20