IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No.:** CR 20-00265 YGR |
| Plaintiff, | [~~PROPOSED~~] **ORDER APPOINTING COUNSEL** |
| v. | |
| STEVEN CARRILLO, | |
| Defendant. | |

Pursuant to 18 U.S.C. § 3005, this Court hereby appoints Ms. Kathryn Ross as capital counsel for Mr. Steven Carrillo. Ms. Ross shall serve as capital counsel along with Mr. James Thomson, whom this Court has already appointed.

If the Attorney General of the United States decides not to authorize the death penalty for Mr. Carrillo, the Court may revisit the need for Ms. Ross to serve on the case, and the amount of the hourly rate paid to Mr. Thomson as capital counsel.

The appointment shall be effective *nunc pro tunc* to the date of any work begun by Ms. Ross.

IT IS SO ORDERED.

September 1, 2020
Dated

YVONNE GONZALEZ ROGERS
United States District Judge