# APPENDIX B



                                *United States Attorney*
                                *Northern District of California*

---

*11th Floor, Federal Building*         *(415)436-7200*
*450 Golden Gate Ave., Box 36055*
*San Francisco, CA 94102-3495*         *FAX: (415)436-7234*

September 10, 2020

**By Email**

| | |
|---|---|
| James S. Thomson, Esq.<br>Attorney and Counselor at Law<br>732 Addison Street, Suite A<br>Berkeley, CA  94710<br>Email:  james@ycbtal.net | Richard Novak, Esq.<br>Law Offices of Richard Novak<br>65 N. Raymond Ave., Suite 320<br>Pasadena, CA 91103<br>Email:  richard@rgnlaw.com |
| Kathryn Ross, Esq.<br>Attorney at Law<br>1611 Telegraph Ave, Suite 806<br>Oakland, CA 94612<br>Email:  katie@kathrynrosslaw.com | Shaffy Moeel, Esq.<br>Moeel Law Office<br>1611 Telegraph Ave., Suite 806<br>Oakland, CA 94612<br>Email:  shaffymoeel@gmail.com |
| *Counsel for Steven Carrillo* | *Counsel for Robert Alvin Justus, Jr.* |

      RE: *United States v. Steven Carrillo, et al.*, Case No. 20-CR-265-YGR

Dear Counsel:

      I want to thank you for meeting and conferring with us about the timing of the local recommendation to the DOJ per the Death Penalty Protocol ("DPP").

      I understand that you object to our making that local recommendation before you have made defense mitigation presentations, and further understand that you will not commit at this time to when you will make those defense mitigation presentations.  We are unwilling to agree to an indefinite delay of the local recommendation.  I acknowledge your expressed willingness to continue meeting and conferring, but I do not see a way that we may find common ground.

      Please let us know if you intend to bring motion practice on this matter, and if you do, when you intend to file.  For the convenience of the parties and the Court, we suggest that the parties agree on a briefing schedule that will complete the briefing well in advance of the next

James S. Thomson and Kathryn Ross<br>
Richard Novak and Shaffy Moeel<br>
September 10, 2020<br>
Page 2

hearing date of October 28, 2020.  As part of such an agreed-upon briefing schedule, we would agree not to make our local recommendation before October 28.

                                  Very truly yours,

                                  */s/ David L. Anderson*

                                  David L. Anderson<br>
                                  United States Attorney

                                  Philip Kopczynski<br>
                                  Assistant United States Attorney


cc:  AAron Jones, Paralegal/Office Manager, James S. Thomson, Attorney and Counselor at Law