1   DAVID L. ANDERSON (CABN 149604)
    United States Attorney

2

3   HALLIE HOFFMAN (CABN 210020)
    Chief, Criminal Division

4   PHILIP KOPCZYNSKI (NYBN 4627741)
    Assistant United States Attorney

5

6       450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102-3495

7       Telephone: (415) 436-7200
        Fax: (415) 436-7027

8       David.L.Anderson@usdoj.gov
        Philip.Kopczynski@usdoj.gov

9   Attorneys for United States of America

10                  UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                        OAKLAND DIVISION

13  UNITED STATES OF AMERICA,              )  Case No. 20-CR-265 YGR
                                           )
14          Plaintiff,                     )  **STIPULATION TO BRIEFING SCHEDULE;**
                                           )  **[PROPOSED] ORDER**
15      v.                                 )
                                           )
16  STEVEN CARRILLO and                    )
    ROBERT ALVIN JUSTUS, JR.,              )
17                                         )
            Defendants.                    )
18                                         )
                                           )
19

20          Counsel for the United States and counsel for the defendants, Steven Carrillo and Robert Alvin

21  Justus, Jr. ("Defendants"), stipulate to the following briefing schedule for motions to be filed by

22  Defendants regarding the timing of the United States Attorney's recommendation on whether to seek the

23  death penalty in this case:

24          • By September 28, 2020, Defendants agree to file their opening briefs or pleading.

25          • By October 13, 2020, the United States agrees to file its responsive brief.

26          • By October 20, 2020, Defendants agree to file their reply briefs or pleading, if any.

27          The parties request a motion hearing on October 28, 2020 at 2:00 pm.  Defendant Justus wishes

28  to appear from Santa Rita via Zoom for the hearing on his motion.  Thus, the parties request that the

BRIEFING SCHEDULE                          -1-
20-CR-265 YGR

1   Court take up Justus's motion first and then turn to Carrillo's motion.  Carrillo will waive his appearance

2   for the motion hearing.  The parties further request that the Court hold the status hearing (which was

3   previously scheduled for 1:00 p.m. that day) immediately after the hearing on both motions concludes.

4   Defendants previously waived their appearances for the status hearing.

5          The undersigned United States Attorney certifies that counsel for Defendants have given their

6   approval to file this stipulation and proposed order.

7   **IT IS SO STIPULATED.**

8

9   DATED: September 24, 2020                    _____/s/_____

10                                               DAVID L. ANDERSON
                                                 United States Attorney

11

12                                              _____/s/_____

13                                              JAMES THOMSON
                                                KATHRYN ROSS

14                                              Counsel for Defendant STEVEN CARRILLO

15

16                                              _____/s/_____

17                                              SHAFFY MOEEL
                                                RICHARD NOVAK

18                                              Counsel for Defendant ROBERT ALVIN JUSTUS, JR.

19

20

21

22

23

24

25

26

27

28

1

**[PROPOSED] ORDER**

2      Based upon the stipulation of counsel, IT IS HEREBY ORDERED that the Court adopts the

3  stipulated briefing, pleading and motion hearing schedule.

4  IT IS SO ORDERED.

5

6  DATED:                                    HON. YVONNE GONZALEZ ROGERS
                                             United States District Judge
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28