# ATTACHMENT A

# James S. Thomson
## Attorney and Counselor at Law

AAron S. Jones - Paralegal - Office Manager
Ethan H. Stone - Associate Attorney

September 24, 2020

**VIA EMAIL AND MAIL**

David Anderson
Philip Kopczynski
United States Attorney
Assistant United States Attorney
450 Golden Gate Ave., Box 36055
San Francisco, CA 94102-3495
David.L.Anderson@usdoj.gov
Philip.Kopczynski@usdoj.gov

**Re:    United States v. Carrillo, et al, N.D. Cal. Case No. 4:20-cr-00265-YGR
Death Penalty Decision Submission Meet and Confer**

Dear Messrs. Anderson and Kopczynski,

Thank you for your follow up email (September 11, 2020) regarding the death penalty decision submission.

The purpose of our September 9, 2020 letter was to be as transparent as possible about the realities we face with regard to our submission. We hoped our transparency would advance the discussion.

While it is true that we cannot provide you with a date in a vacuum given this unprecedented and uncertain time, we wanted to discuss ideas about how we might move forward in a way that assuages your concern about an "indefinite" timeline.

We remain open to discussion.

Sincerely,

*/s/ Kathryn Ross*

*/s/ James Thomson*

JAMES S. THOMSON
KATHRYN ROSS
Attorneys for Defendant
STEVEN CARRILLO