# ATTACHMENT C

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DANIEL CHAVEZ and VICTOR SKATES,<br><br>　　　　Defendants. | Case No. 15-CR-00285-LHK<br><br>**CASE MANAGEMENT ORDER** |

Plaintiff's Counsel: Christiaan Highsmith, Stephen Meyer, Sonia Jimenez
Skates's Counsel: William Osterhoudt, Victor Abreu, Nancy MacEoin, Richard Mazer
Chavez's Counsel: Richard Novak, Renee Manes, Conor Huseby, Natalie Cohen

　　　The Court held a status conference on June 5, 2019. A further status conference is set for October 2, 2019 at 9:15 a.m. The parties shall file their joint case management statement by September 25, 2019.

　　　The trial shall be scheduled for consecutive trial days. The parties shall discuss the weekly trial schedule prior to the next status conference.

　　　The parties must meet and confer at least two weeks before filing any unscheduled motions. After the filing of any unscheduled motions, oppositions are due in two weeks and replies are due in one week.

1

Case No. 15-CR-00285-LHK
CASE MANAGEMENT ORDER

Two weeks before any status conference, the parties shall meet and confer. The parties shall file their joint statement one week in advance of any status conference.

The Court GRANTED Defendant Chavez's scheduling order regarding the authorization presentation to the U.S. Attorneys' Office and set the authorization presentation deadline for December 2, 2019. ECF No. 724. The Court decided this motion without relying on or reading the ex parte under seal declaration of Richard Novak ("Novak Declaration"). ECF No. 725. As a result, the Court DENIED the motion for leave to file ex parte under seal the Novak Declaration, and Defendant Chavez withdrew the Novak Declaration. ECF No 725.

The Court DENIED AS MOOT the partially unopposed motion to continue the trial date because the Court continued Defendant Chavez's trial date to July 9, 2021. ECF No. 726.

The Court DENIED the proposed scheduling order filed by Defendant Chavez. ECF No. 728.

The Court GRANTED the motion to seal the declaration of James Thomson in support of the motion for a scheduling order regarding authorization presentation to the U.S. Attorneys' Office. ECF No. 735.

**IT IS SO ORDERED.**

Dated: June 5, 2019

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

2
Case No. 15-CR-00285-LHK
CASE MANAGEMENT ORDER