JAMES S. THOMSON
California SBN 79658
Attorney and Counselor at Law
732 Addison Street, Suite A
Berkeley, California 94710
Telephone: (510) 525-9123
Facsimile: (510) 525-9124
Email: james@ycbtal.net

KATHRYN ROSS
California SBN 171100
Attorney at Law
1611 Telegraph Avenue, Suite 806
Oakland, California 94612
Telephone: (415) 297-1262
Email: katie@kathrynrosslaw.com

Attorneys for Defendant
STEVEN CARRILLO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>STEVEN CARRILLO,<br><br>    Defendants. | **Case No. 4:20-cr-00265-YGR**<br><br>**SERGEANT STEVEN CARRILLO'S SUPPLEMENTAL ATTACHMENT TO HIS REPLY TO THE GOVERNMENT'S OPPOSITION TO HIS NOTICE OF COUNSELS' INABILITY TO CONSTITUTIONALLY PRESENT HIS DEATH PENALTY DECISION SUBMISSION BY THE UNREASONABLE DEADLINE ARBITRARILY IMPOSED BY THE GOVERNMENT AND INABILITY TO ACCURATELY ESTIMATE WHEN THEY CAN PRESENT THE SUBMISSION**<br><br>**Date: October 28, 2020**<br>**Time: 2:00 P.M.**<br><br>Judge: Hon. Yvonne Gonzalez Rogers |

1      Sergeant Steven Carrillo hereby files a supplemental Attachment in support of his reply to the government's opposition to his notice of counsels' inability to constitutionally present his death penalty decision submission by the unreasonable deadline arbitrarily imposed by the government and inability to accurately estimate when they can present the submission. Doc #40.

     Attachment O is the October 2020 Report from the John Hopkins Bloomberg School of Public Health that was prepared for the National Commission on COVID-19 and Criminal Justice.

DATED: October 26, 2020            Respectfully submitted,

*/s/ James Thomson*

JAMES THOMSON
Attorney for Steven Carrillo

*/s/ Kathryn Ross*

KATHRYN ROSS
Attorney for Steven Carrillo