JAMES S. THOMSON
California SBN 79658
Attorney and Counselor at Law
732 Addison Street, Suite A
Berkeley, California 94710
Telephone: (510) 525-9123
Facsimile:  (510) 525-9124
Email: james@ycbtal.net

KATHRYN ROSS
California SBN 171100
Attorney at Law
1611 Telegraph Avenue, Suite 806
Oakland, California 94612
Telephone: (415) 297-1262
Email: katie@kathrynrosslaw.com

Attorneys for Defendant
STEVEN CARRILLO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br><br>      Plaintiff, )<br><br> vs. )<br><br> STEVEN CARRILLO, )<br><br>      Defendants. )<br>_____ ) | **Case No. 4:20-cr-00265-YGR**<br><br>**SERGEANT STEVEN CARRILLO'S STATUS CONFERENCE REPORT**<br><br>**Date: October 28, 2020**<br>**Time: 2:00 P.M.**<br><br>Judge: Hon. Yvonne Gonzalez Rogers |

## I.    PROCEDURAL HISTORY

On June 25, 2020, an indictment was filed in this case.  Doc #12.  Sergeant

Carrillo and Robert Justus, Jr. are charged with first degree murder of a person assisting

an officer or employee of the United States Government and aiding and abetting the same

in violation of 18 U.S.C sections 1114(1), and 2(a) (Count 1) and attempted murder of a

person assisting an officer or employee of the United States Government and aiding and

abetting the same in violation of 18 U.S.C. sections 1114(3), 1111, and 2(a) (Count 2).

Id. at 1-2.  Special findings are alleged as to Count 1.  18 U.S.C. section 3591(a), (a)(2)(A), (a)(2)(B), (a)(2)(C), and (a)(2)(D).

On July 2, 2020, the Magistrate Court appointed James Thomson as lead and learned counsel for Sgt. Carrillo.  Doc #18.  That same day, Sgt. Carrillo was arraigned on Counts 1 and 2 and entered pleas of not guilty to all charges.  Id.  On July 8, 2020, this Court appointed Mr. Thomson to represent Sgt. Carrillo.  Doc #22.

On July 8, 2020, this Court modified and issued the protective order.  Doc #23.

On August 19, 2020, a status conference was held.  Doc #31.  The Court continued the matter to October 28, 2020.  Id.

On September 1, 2020, this Court appointed Kathryn Ross as second counsel for Sgt. Carrillo.  Doc #32.

On September 26, 2020, Sgt. Carrillo filed a Notice of Counsels' Inability to Constitutionally Present Sergeant Steven Carrillo's Death Penalty Decision Submission by the Unreasonable Deadline Arbitrarily Imposed by the Government and Inability to Accurately Estimate When They Can Present the Submission.  Doc #37.  On September 28, 2020, Mr. Justus filed a Motion to Compel The United States Attorney to Give Counsel for the Defendant a Reasonable Opportunity to Present Information Which May Bear on the Decision Whether to Seek the Death Penalty.  Doc #38.

On October 31, 2020, the government filed a memorandum in opposition as to the notice and motion.  Doc #39.  On October 19, 2020, Sgt. Carrillo filed a reply to the government's response.  Doc #40.  On October 20, 2020, Mr. Justus filed a reply to the government's response.  Doc #41.  On October 24, 2020, Mr. Justus filed a supplemental exhibit to his reply.  Doc #42.  On October 26, 2020, Sgt. Carrillo filed a supplemental attachment to his reply.  Doc #43.

## II.     CLIENT COMMUNICATION

Due to the COVID-19 pandemic, contact visiting at Santa Rita Jail remains suspended.  Neither counsel nor any defense team members have met with Sgt. Carrillo in person.  The defense team has had numerous Zoom and telephone conferences with Sgt. Carrillo.

## III.     DISCOVERY STATUS

Prior to the August 19, 2020 status conference, the government had delivered three productions of discovery - July 17, 2020, August 4, 2020 and August 14, 2020.  In total, the government had produced 79,539 pages, 4,559 photos, 15 video files and 6 audio files by that time.

Since the August status conference, the government has produced six more productions of discovery - August 19, 2020, August 26, 2020, September 25, 2020, September 30, 2020, October 9, 2020 and October 23, 2020.[1]  These six productions contain approximately 2,456 gigabytes of materials that include 3,694 pages, 552 photos, 235 video files, 24 audio files and 10 extraction folders.

Counsel has sent nineteen discovery letters to the government regarding various issues.  Given the production of discovery that was received this morning (October 26, 2020), counsel are unsure of the number of outstanding discovery requests.  The parties have resolved most of the issues and will continue to work towards resolving issues informally, including the outstanding matters.

## IV.     EVIDENCE VIEWING

After the COVID-19 pandemic has stabilized, Sgt. Carrillo will seek the opportunity to view the evidence the government intends to offer in its case-in-chief.

---

[1]  The October 23, 2020 production letter was emailed to counsel that day.  The discovery was not received until October 26, 2020.

**V.      REVERSE PROFFER SESSION**

On August 14, 2020, the government conducted a reverse proffer session with the defense team for Sgt. Carrillo.

**VI.      DEATH PENALTY AUTHORIZATION**

The death penalty authorization process is the subject of the pending notice, motion, response and replies scheduled to be heard on October 28, 2020.

**VII.      CO-DEFENDANT ROBERT JUSTUS**

According to the complaint, on June 11, 2020, Mr. Justus provided a statement to the FBI.  Doc #1 at 18-21.  On July 17, 2020, the government provided the video recorded statement to undersigned counsel.

Portions of that statement are referenced by Mr. Justus in his motion through the affidavit of FBI Special Agent Brett Woolard written in support of the criminal complaint filed against Mr. Justus (Doc #38 at 7-8) and through the declaration of counsel for Mr. Justus.  Doc #38 at 28 ¶3.  This portion of the motion generated local press coverage: "'I don't like this, I am not cool with this': Defense releases new details in Boogaloo-linked killing of federal officer in Oakland."  Nate Gartrell, Bay Area News Group, October 3, 2020.

**VIII.  FURTHER PROCEEDINGS**

Counsel requests that the Court schedule a further status conference in 60 to 90 days.  Sgt. Carrillo waives time in accordance with this request.

DATED: October 26, 2020                    Respectfully submitted,

*/s/ James Thomson*

JAMES THOMSON
Attorney for Steven Carrillo

*/s/ Kathryn Ross*

KATHRYN ROSS
Attorney for Steven Carrillo