JAMES S. THOMSON
California SBN 79658
Attorney and Counselor at Law
732 Addison Street, Suite A
Berkeley, California 94710
Telephone: (510) 525-9123
Facsimile:  (510) 525-9124
Email: james@ycbtal.net

KATHRYN ROSS
California SBN 171100
Attorney at Law
1611 Telegraph Avenue, Suite 806
Oakland, California 94612
Telephone: (415) 297-1262
Email: katie@kathrynrosslaw.com

Attorneys for Defendant
STEVEN CARRILLO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                              )<br>    Plaintiff,               )<br>                              )<br>vs.                           )<br>                              )<br>STEVEN CARRILLO,              )<br>                              )<br>    Defendants.               )<br>                              )<br>_____) | **Case No. 4:20-cr-00265-YGR**<br><br>**SERGEANT STEVEN CARRILLO'S STATUS CONFERENCE REPORT**<br><br>Date: February 1, 2021<br>Time: 3:00 P.M.<br><br>Judge: Hon. Yvonne Gonzalez Rogers |

**I.     PROCEDURAL HISTORY**

Sergeant Carrillo and Robert Justus, Jr. are charged with first degree murder of a person assisting an officer or employee of the United States Government and aiding and abetting the same in violation of 18 U.S.C sections 1114(1), and 2(a) (Count 1) and attempted murder of a person assisting an officer or employee of the United States Government and aiding and abetting the same in violation of 18 U.S.C. sections 1114(3), 1111, and 2(a) (Count 2).  Doc #12 at 1-2.  Special findings are alleged as to Count 1.  18 U.S.C. section 3591(a), (a)(2)(A), (a)(2)(B), (a)(2)(C), and (a)(2)(D).

1    On September 26, 2020, Sgt. Carrillo filed a notice of counsels' inability to
2 constitutionally present Sergeant Steven Carrillo's death penalty decision submission by
3 the unreasonable deadline arbitrarily imposed by the government and inability to
4 accurately estimate when they can present the submission.  Doc #37.  On September 28,
5 2020, Mr. Justus filed a motion to compel the United States Attorney to give counsel for
6 the defendant a reasonable opportunity to present information which may bear on the
7 decision whether to seek the death penalty.  Doc #38.
8    On October 31, 2020, the government filed a memorandum in opposition as to the
9 notice and motion.  Doc #39.  Thereafter, counsel filed replies and supplemental exhibits.
10 Docs #40-43.
11   On October 28, 2020, a hearing on Mr. Justus's motion to compel was held and a
12 status conference conducted.  Doc #47.
13   On November 11, 2020, the Court issued an order on the motion to compel.  Doc
14 #48.
15   On January 15, 2021, the parties filed a joint response to the November 11, 2020
16 order.  Doc #50.
17   On January 22, 2021, Mr. Justus filed a supplemental statement concerning the
18 government's proposed schedule for pretrial motions and related matters.  Doc #51.
19 **II.    CLIENT COMMUNICATION**
20   Due to the COVID-19 pandemic, contact visits at Santa Rita Jail remain
21 suspended.
22   However, due to the Court's order authorizing in-person client visits to occur in a
23 secure courtroom, the defense team has met with Sgt. Carrillo in person on one occasion.
24 In addition, the defense team has had numerous Zoom and telephone conferences with
25 Sgt. Carrillo.  Notwithstanding the impediments inherent in the current modes of client
26 communication, counsel have advanced client communications considerably.
27
28

Status Report
2

**III.   DISCOVERY STATUS**

To date, the government has delivered eleven productions of discovery - July 17, 2020; August 4, 14, 19, and 26, 2020; September 25 and 30, 2020; October 9 and 23, 2020; December 18, 2020; and January 21, 2021.  The eleven productions contain approximately 2.57 terabytes of material.  The productions include 83,701 pages, 5,248 photos, 284 videos, 344 audio files and 16 extraction folders.

Counsel for Sgt. Carrillo have sent twenty-one discovery letters to the government regarding various issues.  Counsel anticipate sending additional discovery letters in the near future.  The parties have resolved most of the issues and will continue to work towards resolving issues informally.

**IV.   REVIEW OF DISCOVERY**

Counsel for Sgt. Carrillo have reviewed approximately 15-20 percent of the discovery produced to date.

A detailed report regarding the status of the discovery review can be provided to the Court *ex parte*.

**V.   EVIDENCE VIEWING**

After the COVID-19 pandemic has stabilized, counsel for Sgt. Carrillo will seek the opportunity to view the evidence the government intends to offer in its case-in-chief.

**VI.   REVERSE PROFFER SESSION**

On August 14, 2020, the government conducted a reverse proffer session with the defense team for Sgt. Carrillo.

**VII.   DEATH PENALTY AUTHORIZATION**

Counsel for Sgt. Carrillo have continued to work towards making a death penalty submission to the United States Attorney's Office for the Northern District.  At this time, counsel are not in a position to provide a deadline for making that presentation.  Counsel are hopeful that they can provide a realistic deadline at the next status conference.

**VIII. CASE INVESTIGATION**

While severely hampered because of the pandemic, the defense team investigators have nevertheless made substantial headway in investigating the case.

The investigators have reviewed discovery, identified witnesses, created a master guilt phase witness index, communicated with and interviewed Sgt. Carrillo and his family, gathered records, prepared investigation and organizational memoranda, prepared mitigation witness lists, met with mitigation witnesses, identified core mitigation witnesses, identified potential mitigation themes, prepared an initial draft social history timeline, written case and witness memoranda and met with team members.

A detailed report regarding the status of the guilt and penalty investigation can be provided to the Court *ex parte*.

**IX. ATTORNEY WORK**

Counsel have reviewed discovery, communicated with Sgt. Carrillo and mitigation witnesses, conducted legal research and writing, including case memoranda and discovery letters, prepared and reviewed memoranda, conducted miscellaneous tasks, reviewed other case materials and research, communicated with experts and resource counsel and communicated with team members.

A detailed report regarding the status of attorney work can be provided to the Court *ex parte*.

**X. PRETRIAL MOTION AND RELATED MATTERS**

In its section of the joint response to the Court's November 11, 2020 order, the government proposes the setting of deadlines for the filing of motions to compel discovery, motions to recuse or disqualify (unnamed person(s)), motions for severance, bills of particulars, motions for discovery of jury composition records, motions under Rules 8 and 12, expert disclosures and *Daubert* motions. Doc #50 at 3. The filing of the various notices, motions and disclosures would start 4 months from now according to the government's proposal.

Status Report
4

Given the amount of work to be done reviewing discovery, investigating the case - both guilt and penalty - gathering defense records and consulting with necessary experts and other service providers and working towards a death penalty submission, the proposed schedule is simply unworkable.

**XI.   FURTHER PROCEEDINGS**

Counsel requests that the Court schedule a further status conference in 90 days. Sgt. Carrillo waives time in accordance with this request.

DATED: January 26, 2021                     Respectfully submitted,

*/s/ James Thomson*

JAMES THOMSON
Attorney for Steven Carrillo

*/s/ Kathryn Ross*

KATHRYN ROSS
Attorney for Steven Carrillo