# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>Plaintiff,<br>vs.<br>**STEVEN CARRILLO,**<br>Defendant. | CASE NO. 20-cr-00265-01 YGR<br><br>**ORDER RE: WITHDRAWAL OF COUNSEL** |

The Court has considered the *ex parte* application of counsel Kathryn Ross. For good cause shown, the Court has sealed the *ex parte* application and hereby **ORDERS** that Attorney Kathryn Ross is hereby relieved from this matter. The CJA Administrator shall work with lead and learned counsel, James Thompson, to locate another attorney to assist him in this action.

**IT IS SO ORDERED.**

Dated: April 9, 2021

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

cc:  CJA administrator (via email)