STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

PHILIP KOPCZYNSKI (NYBN 4627741)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    Fax: (415) 436-7027
    Philip.Kopczynski@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 20-CR-265 YGR |
| Plaintiff, | JOINT STATEMENT RE: PRETRIAL SCHEDULE |
| v. | |
| STEVEN CARRILLO and ROBERT ALVIN JUSTUS, JR., | |
| Defendants. | |

    In response to the Court's request at the February 1, 2021 status conference and subsequent written order, Dkt. 55, the parties submit for the Court's consideration the following joint statement concerning pretrial disclosures, pretrial motions, and related matters.

    As the Court requested, this schedule works backward from a trial date that is yet to be set.

| Weeks Before Trial | Description |
|---|---|
| 80 | Provision to Court of any grounds for recusal; Filing of motions to disqualify or for change of venue[1] |

---

[1] The parties will meet and confer to agree upon a briefing schedule for any such motions.

PRETRIAL SCHEDULE
20-CR-265 YGR

1

| | | |
|---|---|---|
| | 60 | Filing of motions for severance, bills of particulars, or discovery of jury composition records, and any motions under Fed. R. Crim. P. 8 and 12(b)(3) except for those under Fed. R. Crim. P. 12(b)(3)(C) and (E)[2] |
| | 52 | Filing of motions to compel discovery[3] |
| | 40 | Filing of motions to suppress evidence[4] |
| | 36 | Government expert disclosures under Fed. R. Crim. P. 16(a)(1)(G) |
| | 28 | Government disclosures identifying evidence it will offer under Fed. R. Evid 404(b) |
| | 26 | *Jencks* disclosures except to the extent that a prior court order has allowed postponement of such disclosure |
| | 24 | Filing of defense *Daubert* motions[5] |
| | 15 | Exchange and lodging of guilt-phase exhibit lists; Exchange and lodging of witness lists that identify all guilt-phase case-in-chief witnesses except to the extent that a prior court order has allowed postponement of such disclosure; Government disclosure of *Henthorn* material for law enforcement witnesses |
| | 12 | Defense reciprocal disclosures under Fed. R. Crim. P. 16(b)(1), including defense expert disclosures under Fed. R. Crim. P. 16(b)(1)(C); Filing of defense notices under Fed. R. Crim. P. 12.1(a) and 12.2(a) and (b)(1)[6] |
| | 11 | Exchange (but not filing) of motions *in limine* |
| | 9 | Exchange (but not filing) of oppositions to motions *in limine*; Exchange of translations and transcriptions to be used at trial (with any challenges to those translations and transcriptions to be heard at the first pretrial conference) |
| | 8 | Filing of government *Daubert* motions;[7] Filing of any motions *in limine* that cannot be resolved through meet-and-confer |
| | 7 | Filing of joint pretrial conference statement |

---

[2] The parties will meet and confer to agree upon a briefing schedule for any such motions.

[3] The parties will meet and confer to agree upon a briefing schedule for any such motions. In addition, as of this deadline, the defendants will assess whether they believe subsequent rounds of motions to compel discovery may be necessary. If they so believe, the parties will meet and confer on proposed schedules, and if unable to reach agreement, present the issue to the Court for resolution.

[4] The parties will meet and confer to agree upon a briefing schedule for any such motions. For any discovery produced after this deadline, the parties agree that the defendants may file a motion to suppress that material within four weeks of its production.

[5] The parties will meet and confer to agree upon a briefing schedule for any such motions.

[6] The parties agree that any mental examinations under Fed. R. Crim. P. 12.2 will occur on a schedule to be set by the Court, and that the occurrence of examinations and related proceedings may necessitate adjustments to the pretrial schedule.

[7] The parties will meet and confer to agree upon a briefing schedule for any such motions.

| 6 | First pretrial conference |
|---|---|
| 4 | Material disclosed subject to an attorney's-eyes-only protective order, if any, may be shown to defendants subject to any other restrictions in the protective order |
| 3 | Filing of joint proposed jury instructions, voir dire questions, jury questionnaire, if any, verdict form, and statement of the case to be read during jury selection |
| 2 | Final pretrial conference |

If the government elects to seek the death penalty against either or both defendants, the parties will meet and confer on proposed adjustments and additions to this schedule, such as for disclosure of non-statutory aggravating factors and evidence for the penalty phase of trial.

The undersigned Assistant United States Attorney certifies that counsel for the defendants have given their approval to file this statement.

Dated: April 12, 2021

STEPHANIE M. HINDS
Acting United States Attorney

_____/s/_____
PHILIP KOPCZYNSKI
Assistant United States Attorney



_____/s/_____
JAMES THOMSON
Counsel for Defendant STEVEN CARRILLO


_____/s/_____
RICHARD NOVAK
SHAFFY MOEEL
Counsel for Defendant ROBERT ALVIN JUSTUS, JR.