STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

PHILIP KOPCZYNSKI (NYBN 4627741)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    Facsimile: (415) 436-7027
    philip.kopczynski@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 20-265 YGR |
|     Plaintiff, | **MOTION TO REPLACE DOCKET ENTRY; [PROPOSED] ORDER** |
|   v. | |
| STEVEN CARRILLO and ROBERT ALVIN JUSTUS, JR., | |
|     Defendants. | |

The document filed at docket entry 77-1 was filed in error. It is an incorrect version of the intended document. The United States moves the Court to remove docket entry 77-1 and replace it with the attached document.

DATED: April 19, 2021

STEPHANIE M. HINDS
Acting United States Attorney

        /s/
PHILIP KOPCZYNSKI
Assistant United States Attorney

MOT. TO CORRECT DOCKET
Case No. CR 20-265 YGR

**[PROPOSED] ORDER**

IT IS SO ORDERED.

DATED: _____

_____
HON. YVONNE GONZALEZ ROGERS
United States District Judge