JAMES S. THOMSON
California SBN 79658
Attorney and Counselor at Law
732 Addison Street, Suite A
Berkeley, California 94710
Telephone: (510) 525-9123
Facsimile:  (510) 525-9124
Email: james@ycbtal.net

Attorney for Defendant
STEVEN CARRILLO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>STEVEN CARRILLO,<br><br>　　　　Defendant. | **Case No. 4:20-cr-00265-YGR**<br><br>**SERGEANT STEVEN CARRILLO'S STATUS CONFERENCE REPORT**<br><br>**Date: July 12, 2021**<br>**Time: 2:30 P.M.**<br><br>Judge: Hon. Yvonne Gonzalez Rogers |

## I.　RELEVANT PROCEDURAL HISTORY

　　Sergeant Steven Carrillo and Robert Justus, Jr. are charged with first degree murder and aiding and abetting the same in violation of 18 U.S.C. sections 1114(1), and 2(a) (Count 1) and attempted murder and aiding and abetting the same in violation of 18 U.S.C. sections 1114(3), 1111, and 2(a) (Count 2). Doc #12 at 1-2. Special findings are alleged as to Count 1. 18 U.S.C. section 3591(a), (a)(2)(A), (a)(2)(B), (a)(2)(C), and (a)(2)(D).

　　On April 19, 2021, a status conference was held in this matter. Doc #83. At the hearing, the Court scheduled a further status conference for July 12, 2021. Id.

## II. DISCOVERY STATUS

Prior to the last status conference, the government had delivered eleven productions of discovery, containing approximately 2.57 terabytes of material. The discovery includes 83,701 pages, 5,248 photos, 284 videos, 344 audio files and 16 extraction folders.

On May 21, 2021, the government delivered the twelfth production of discovery. This production contains approximately 50.1 gigabytes of material, including various documents and photos, 723 videos, and 534 audio files.

On June 30, 2021, the government delivered the thirteenth production of discovery. The production contains approximately 6.46 gigabytes of material, including 7,942 pages, 10 videos, and 13 audio files.

In total, the government has delivered approximately 2.62 terabytes of material, containing 91,697 pages, 5,294 photos, 1,017 videos, 891 audio files and 16 extraction folders.

Counsel for Sgt. Carrillo and the government have worked, and will continue to work, towards resolving discovery issues informally.

## III. EVIDENCE VIEWING

In the near future, counsel will seek the opportunity to view the evidence the government intends to offer at trial.

## IV. REVIEW OF DISCOVERY

Given the latest productions of discovery, counsel estimates that he has reviewed approximately 35-40 percent of the discovery produced to date. A detailed report regarding the status of the discovery review can be provided to the Court *ex parte*.

## V. DEATH PENALTY AUTHORIZATION

The government has informed counsel for Sgt. Carrillo that it has submitted it's recommendation to the Capital Case Review Committee and the Capital Case Section. The Committee has requested counsel for Sgt. Carrillo to make a presentation. Counsel expects to make that presentation by October 1, 2021.

1  VI.  **UNITED STATES V. RUSH ET AL**

2 On March 23, 2021, an indictment was filed against four defendants.  United
3 States v. Rush, et al, United States District Court for the Northern District of California,
4 Case No. 3:21-cr-00121-JD, Docket Number 1.  The defendants are charged with
5 conspiracy to destroy records in official proceedings, destruction of records in official
6 proceedings and obstruction of official proceedings.  Id. at 5-8.

7 Sgt. Carrillo is not charged but is mentioned throughout the indictment.

8 On April 9, 2021, the government filed a notice of related case.  Rush Case Docket
9 Number 7.  The notice seeks to relate United States v. Blancas, United States District
10 Court for the Northern District of California, Case No. 3:21-cr-00105-VC.  *Id.*  The
11 notice references Sgt. Carrillo, but the government did not seek to relate this case.

12 On April 12, 2021, the Court denied the notice of related case.  Rush Case Docket
13 Number 9.

14 VII.  **CASE INVESTIGATION**

15 The defense team investigators continue to make headway in investigating the
16 case.

17 Since the last status conference statement, the investigators have continued to
18 conduct witness interviews via video, telephone and, on occasion, in-person; identify
19 additional guilt and penalty phase witnesses; communicate with and interview Sgt.
20 Carrillo; update the initial draft social history timeline; review discovery; gather
21 additional records; prepare additional investigation and organizational memoranda;
22 identify additional core mitigation witnesses; identify additional potential mitigation
23 themes; and meet with team members.  A detailed report regarding the status of the guilt
24 and penalty investigation can be provided to the Court *ex parte.*

25 VIII.  **ATTORNEY WORK**

26 Since the last status conference statement, counsel has continued to review
27 discovery, investigator and expert memoranda, communicate with Sgt. Carrillo and
28 mitigation witnesses, conduct legal research and writing, including case and discovery

memoranda, prepare case memoranda, conduct miscellaneous tasks, review other case materials and research, communicate with resource counsel and communicate with team members, including expert witnesses. A detailed report regarding the status of attorney work can be provided to the Court *ex parte.*

**IX.    SECOND COUNSEL**

Counsel has located second counsel to represent Sgt. Carrillo. Counsel will submit the necessary request for appointment by July 12, 2021.

**X.    FURTHER PROCEEDINGS**

Counsel requests that the Court schedule a further status conference in 60 days. Sgt. Carrillo waives time in accordance with this request.

DATED: July 3, 2021                    Respectfully submitted,

                        */s/ James Thomson*
                        _____
                        JAMES THOMSON
                        Attorney for Steven Carrillo

Status Report

4