UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>v.<br><br>**STEVEN CARRILLO AND ROBERT ALVIN JUSTUS, JR.,**<br><br>Defendants. | Case No. 20-cr-265-YGR<br><br>**CASE MANAGEMENT AND PRETRIAL ORDER** |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court hereby memorializes the following trial and pretrial dates set on July 12, 2021:[1]

# PRETRIAL SCHEDULE

| | |
|---|---|
| Provision to Court of any grounds for recusal:<br>Filing of motions to disqualify or change venue | Friday, November 5, 2021 |
| Filing of bills of particulars, or discovery of jury composition records, and any motions under Fed. R. Crim. P. 8 and 12(b)(3) except for those under Fed. R. Crim. P. 12(b)(3)(C) and (E). | Wednesday, November 24, 2021 |
| Filing of motions to compel discovery | Friday, January 21, 2022 |
| Government expert disclosures under Fed. R. Crim. P. 16(a)(1)(G) | Friday, February 4, 2022 |
| Filing of motions to suppress evidence | Friday, March 4, 2022 |
| Government disclosures identifying evidence it will offer under Fed. R. Evid. 404(b) | Monday, April 4, 2022 |
| *Jencks* disclosures except to the extent that a prior court order has allowed postponement of such disclosure | Monday, April 18, 2022 |
| Filing of *Daubert* Motions | Monday, May 2, 2022 |

---

[1] Defendant Steven Carrillo, through counsel, filed a request to set a scheduling conference to discuss alternative dates. (*See* Dkt Nos. 95 and 99). The Court will address the request at the next status hearing.

| | |
|---|---|
| Exchange and lodging of guilt-phase exhibits lists; Exchange and lodging of witness lists that identify all guilt-phase case-in-chief witnesses except to the extent that a prior court order has allowed postponement of such disclosure; Government disclosure of *Henthorn* material for law enforcement witnesses | Monday, June 20, 2022 |
| Defense reciprocal disclosures under Fed. R. Crim. P. 16(b)(1), including defense expert disclosures under Fed. R. Crim. P. 16(b)(1)(C); Filing of defense notices under Fed. R. Crim. P. 12.1(a) and 12.2(a) and (b)(1) | Tuesday, July 5, 2022 |
| Exchange (but not filing) of motions in *limine* | Monday, July 25, 2022 |
| Exchange (but not filing) of oppositions to motions in *limine*; Exchange of translations and transcriptions to be used at trial (with any challenges to those translations and transcriptions to be heard at the first pretrial conference) | Monday, August 8, 2022 |
| Filing of Government *Daubert* motions; Filing of any motions in *limine* that cannot be resolved through meet-and-confer | Monday, August 15, 2022 |
| Filing of joint pretrial conference statement | Monday, September 12, 2022 |
| Filing of joint proposed jury instructions, voir dire questions, jury questionnaire, if any, verdict form, and statement of the case to be read during jury selection | Monday, September 12, 2022 |
| First Pre-trial Conference | Wednesday, September 28, 2022 |
| Material disclosed subject to an attorney's eyes-only protective order, if any, may be shown to defendants subject to any other restrictions in the protective order | |
| Final Pre-trial Conference | Monday, October 10, 2022 |
| Motion for Severance | TBD |
| Jury Selection | Monday, November 7, 2022 |
| TRIAL DATE: | Monday, November 7, 2022 at 8:00 a.m. |

Pursuant to the Court's Pretrial Instructions in Criminal Cases at Section 6, trial counsel

2

shall meet and confer in advance of the Pretrial Conference.

The parties must comply with the Court's Standing Order in Criminal Cases for additional deadlines and procedures.  All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

**IT IS SO ORDERED.**

Dated: August 26, 2021

YVONNE GONZALEZ ROGERS
United States District Judge