# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br> Plaintiff, <br> v. <br> **STEVEN CARRILLO AND ROBERT ALVIN JUSTUS, JR.**, <br> Defendants. | Case No. 20-cr-265-YGR <br><br> **PRETRIAL ORDER NO. 2** |

On November 1, 2021, this case came on regularly for a status conference. Patrick O'Brien appeared on behalf of the government. James Thompson appeared on behalf of Steven Carrillo whose presence was waived upon request of the defense and Robert Novak and Shaffy Moeel appeared on behalf of Robert Justus who attended remotely from Santa Rita jail. *See* General Orders 74 and 78. The following orders are memorialized herein.

1. On August 26, 2021, the Court issued its first case management and pretrial order scheduling a non-capital trial for Monday, November 7, 2022. (Dkt. No. 102.) Given the request of the defendant Justus, to which the government does not object and defendant Carrillo does not object presently, the Court concurs that the trial in the matter should not occur at the United States Courthouse in Oakland which is the location of the crime scene. Accordingly, the Court orders that trial of this matter will occur in the United States Courthouse in San Francisco located at 450 Golden Gate Avenue, San Francisco, CA 94102. The actual courtroom will be determined at a later date.

2. After substantial discussion, the Court will reconsider the setting of the trial date of November 7, 2022. However, the **NOVEMBER 5, 2021** deadline to file a motion to disqualify or request a change of venue remains unchanged. The parties shall meet and confer and submit a revised schedule by **FRIDAY, NOVEMBER 12, 2021**. The Court will advise whether a status conference can occur shortly thereafter with Classroom C access, but at a minimum schedules a

conference for **NOVEMBER 29, 2021** at 2 p.m.

   **IT IS SO ORDERED.**

Dated: November 3, 2021

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**