JAMES S. THOMSON
California SBN 79658
Attorney and Counselor at Law
732 Addison Street, Suite A
Berkeley, California 94710
Telephone: (510) 525-9123
Facsimile:  (510) 525-9124
Email: james@ycbtal.net

Attorney for Defendant
STEVEN CARRILLO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 4:20-cr-00265-YGR |
| Plaintiff, | |
| | **JOINT STATEMENT REGARDING PRETRIAL SCHEDULE** |
| vs. | |
| | |
| STEVEN CARRILLO, | **Date: November 29, 2021**<br>**Time: 2:00 P.M.** |
| Defendant. | Judge: Hon. Yvonne Gonzalez Rogers |

In response to the Court's request at the November 1, 2021 status conference and subsequent written order, Docket #111, the parties submit for the Court's consideration the following joint statement concerning pretrial disclosures, pretrial motions, and related matters.

This schedule works backward from a mutually agreed upon April 17, 2023 non-capital trial date.

| Weeks Before Trial (Doc #71) | Description | 4/17/2023 Trial |
|---|---|---|
| 60 | Filing of motions for bills of particulars, or discovery of jury composition records, and any motions under Fed. R. Crim. P. 8 and 12(b)(3) except for those under Fed. R. Crim. P. 12(b)(3)(C) and (E) | 2/21/2022 |
| 52 | Filing of motions to compel discovery | 4/18/2022 |
| 40 | Filing of motions to suppress evidence | 7/11/2022 |
| 36 | Government expert disclosures under Fed. R. Crim. P. 16(a)(1)(G) | 8/8/2022 |
| 28 | Government disclosures identifying evidence it will offer under Fed. R. Evid 404(b) | 10/3/2022 |
| 26 | *Jencks* disclosures except to the extent that a prior court order has allowed postponement of such disclosure | 10/17/2022 |
| 24 | Filing of defense *Daubert* motions | 10/31/2022 |
| 15 | Exchange and lodging of guilt-phase exhibit lists; Exchange and lodging of witness lists that identify all guilt-phase case-in-chief witnesses except to the extent that a prior court order has allowed postponement of such disclosure; Government disclosure of *Henthorn* material for law enforcement witnesses | 1/2/2023 |
| 12 | Defense reciprocal disclosures under Fed. R. Crim. P. 16(b)(1), including defense expert disclosures under Fed. R. Crim. P. 16(b)(1)(C); Filing of defense notices under Fed. R. Crim. P. 12.1(a) and 12.2(a) and (b)(1) | 1/23/2023 |
| 11 | Exchange (but not filing) of motions *in limine* | 1/30/2023 |
| 9 | Exchange (but not filing) of oppositions to motions *in limine*; Exchange of translations and transcriptions to be used at trial (with any challenges to those translations and transcriptions to be heard at the first pretrial conference) | 2/13/2023 |
| 8 | Filing of government *Daubert* motions; Filing of any motions in limine that cannot be resolved through meet-and-confer | 2/20/2023 |
| 7 | Filing of joint pretrial conference statement | 2/27/2023 |
| 6 | First pretrial conference | 3/6/2023 |
| 4 | Material disclosed subject to an attorney's-eyes-only protective order, if any, may be shown to defendants subject to any other restrictions in the protective order | 3/20/2023 |
| 3 | Filing of joint proposed jury instructions, voir dire questions, jury questionnaire, if any, verdict form, and statement of the case to be read during jury selection | 3/27/2023 |
| 2 | Final pretrial conference | 4/3/2023 |
|  | Motion for Severance | TBD |
|  | Jury Questionnaires Distributed to Counsel | 4/3/2023 |
|  | Trial Begins | 4/17/2023 |

The undersigned counsel for Steven Carrillo certifies that counsel for the government and co-defendant have given their approval to file this statement.

DATED: November 10, 2021                Respectfully submitted,

                                        */s/ James Thomson*

                                        JAMES THOMSON
                                        Attorney for Steven Carrillo

DATED: November 10, 2021                Respectfully submitted,

                                        */s/ Richard Novak*

                                        */s/ Shaffy Moeel*

                                        RICHARD NOVAK
                                        SHAFFY MOEEL
                                        Counsel for Robert Justus, Jr.

DATED: November 10, 2021                Respectfully submitted,

                                        */s/ Patrick O'Brien*

                                        PATRICK O'BRIEN
                                        Assistant United States Attorney