# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STEVEN CARRILLO AND ROBERT ALVIN JUSTUS, JR.,<br><br>　　　　Defendants. | Case No. 20-cr-265-YGR<br><br>PRETRIAL ORDER NO. 3 |
|---|---|

The Court is in receipt of the parties' joint statement regarding the pretrial schedule filed November 10, 2021. (Dkt. No. 119.) The Court hereby adopts the parties' proposed schedule and sets the following trial and pretrial dates[1]:

| Weeks Before Trial | Description | 4/17/2023 Trial |
|---|---|---|
| 60 | Filing of motions for bills of particulars, or discovery of jury composition records, and any motions under Fed. R. Crim. P. 8 and 12(b)(3) except for those under Fed. R. Crim. P. 12(b)(3)(C) and (E) | 2/21/2022 |
| 52 | Filing of motions to compel discovery | 4/18/2022 |
| 40 | Filing of motions to suppress evidence | 7/11/2022 |
| 36 | Government expert disclosures under Fed. R. Crim. P. 16(a)(1)(G) | 8/8/2022 |
| 28 | Government disclosures identifying evidence it will offer under Fed. R. Evid 404(b) | 10/3/2022 |
| 26 | *Jencks* disclosures except to the extent that a prior court order has allowed postponement of such disclosure | 10/17/2022 |
| 24 | Filing of defense *Daubert* motions | 10/31/2022 |
| 15 | Exchange and lodging of guilt-phase exhibit lists; Exchange and lodging of witness lists that identify all guilt-phase case-in-chief witnesses except to the extent that a prior court order has allowed postponement of such disclosure; Government disclosure of *Henthorn* material for law enforcement witnesses | 1/2/2023 |

---

[1] The Court adopts the parties' proposed schedule with the caveat that procedures regarding jury selection may need to be advanced in light of the anticipated length of trial.

| 12 | Defense reciprocal disclosures under Fed. R. Crim. P. 16(b)(1), including defense expert disclosures under Fed. R. Crim. P. 16(b)(1)(C); Filing of defense notices under Fed. R. Crim. P. 12.1(a) and 12.2(a) and (b)(1) | 1/23/2023 |
|---|---|---|
| 11 | Exchange (but not filing) of motions *in limine* | 1/30/2023 |
| 9 | Exchange (but not filing) of oppositions to motions *in limine*; Exchange of translations and transcriptions to be used at trial (with any challenges to those translations and transcriptions to be heard at the first pretrial conference) | 2/13/2023 |
| 8 | Filing of government *Daubert* motions; Filing of any motions in limine that cannot be resolved through meet-and-confer | 2/20/2023 |
| 7 | Filing of joint pretrial conference statement | 2/27/2023 |
| 6 | First pretrial conference | 3/6/2023 |
| 4 | Material disclosed subject to an attorney's-eyes-only protective order, if any, may be shown to defendants subject to any other restrictions in the protective order | 3/20/2023 |
| 3 | Filing of joint proposed jury instructions, voir dire questions, jury questionnaire, if any, verdict form, and statement of the case to be read during jury selection | 3/27/2023 |
|  | **Non-capital trial date** | **4/17/2023** |

In light of the foregoing, the Status Conference currently scheduled for November 29, 2021 is continued to **FEBRUARY 14, 2022 AT 3:00 PM**.

**IT IS SO ORDERED.**

Dated: November 23, 2021

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE