AO 455 (Rev. 01/09) Waiver of an Indictment

## UNITED STATES DISTRICT COURT
for the
Northern District of California ▼

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 4:20-cr-00265-YGR-1 |
| Steven Carrillo ) | |
| *Defendant* ) | |

**FILED**

Feb 11 2022

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date:   02/09/2022

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

James S. Thomson
*Printed name of defendant's attorney*

_____
*Judge's signature*

Hon. Thomas S. Hixson, Magistrate Judge
*Judge's printed name and title*