1  STEPHANIE M. HINDS (CABN 154284)
   United States Attorney
2
   THOMAS A. COLTHURST (CABN 99493)
3  Chief, Criminal Division

4  JONATHAN U. LEE (CABN 148792)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7200
7       FAX: (415) 436-6748
        Email: jonathan.lee@usdoj.gov
8
   Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> STEVEN CARRILLO, <br><br> Defendant. | No. 20-CR-265 YGR-1 <br><br> CONSENT TO ADMINISTRATIVE FORFEITURE AND WAIVER OF TIMELY NOTICE |

CONSENT TO FORFEITURE
20-CR-265 YGR

CONSENT TO ADMINISTRATIVE FORFEITURE
AND WAIVER OF TIMELY NOTICE

I, <u>Steven Carillo</u>, hereby certify that I am the lawful owner of the following described property seized from 120 Waldeberg Rd., Ben Lomond, CA and vehicle license plate # 4P05520:

1. AR15 style rifle, unknown manufacturer, unknown model, unknown caliber, no s/n, with an EP Armory lower receiver.
2. Rifle, unknown manufacturer, unknown model, .308 caliber, no s/n.
3. Silencer, attached to Rifle, unknown manufacturer, unknown model, .308 caliber, no s/n (item 2).
4. Polymer 80, Inc. pistol, model P80, unknown caliber, no s/n.
5. Rifle, unknown manufacturer, unknown model, caliber 9mm, no s/n, with an EP Armory lower receiver.
6. Star Bonifacio Echeverria, model Starfire, .380 caliber pistol, s/n 1011404.
7. Armalite, model SPR Mod 1, 5.56 caliber rifle, s/n MS000532.
8. Mossberg, model 500 ATP, 12 ga shotgun, s/n J209898.
9. Maverick Arms, model 88, 12 ga shotgun, s/n MV03424S.
10. Interarms, model Mark X, 7mm rifle, s/n B80656.
11. Rifle, unknown manufacturer, model, and caliber, s/n NC21978A.
12. Ruger, model 10, .22 caliber rifle, s/n 125-25624.
13. Silencer (attached to a Ruger rifle, s/n 125-25624).
14. Universal Firearms, model M1, 30 caliber rifle, s/n 408578.
15. Savage Arms, model 99E, .243 caliber rifle, s/n C153127.
16. Remington, model 1100, 12 ga shotgun, s/n 255238M.
17. HiPoint, model C9, 9mm pistol, s/n P1506033.
18. Rifle, unknown manufacturer, unknown model, .308 caliber, no s/n (bipod and scope attached).
19. Silencer, attached to Rifle, unknown manufacturer, unknown model, .308 caliber, no s/n (item 18).
20. Ruger, model 10, .22 caliber rifle, s/n 253-47264.
21. Silencer (attached to Ruger rifle, s/n 253-47264).
22. Remington, model 700, .308 caliber rifle, s/n 253172.

(hereinafter "subject property")

I consent to the forfeiture of the subject property, withdraw any claims I have made to the subject property, and I relinquish any and all right, title, and interest I have in the subject property. I further agree that the subject property can be forfeited, destroyed, or otherwise disposed of (whether criminal or civil, administrative or judicial, state or federal) without further notice to me.

I understand that pursuant to 18 U.S.C. § 983, the FBI is required to send notice in non-

Consent to Forfeiture                    1

judicial forfeiture matters. Having been advised of my rights regarding notice, I hereby knowingly and voluntarily waive my rights to such notice being sent within the timeframes in 18 U.S.C. §§ 983 and 924(d) and to having the property returned to me if notice is not sent within the prescribed timeframes. I agree to not contest or assist anyone else in contesting the forfeiture on any other ground. I further agree not to petition or assist anyone else in petitioning for the remission or mitigation of the forfeiture.

2/11/2022

_____
STEVEN CARRILLO
Defendant

2/11/2022

_____
JAMES THOMSON
Attorney for Steven Carrillo

February 11, 2022

_____
JONATHAN U. LEE
DAVID COUNTRYMAN
Assistant United States Attorney