UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES

| | | |
|---|---|---|
| **Date:** February 11, 2022 | **Time:** 10:30 a.m. – 11:30 a.m. | **Judge:** YVONNE GONZALEZ ROGERS |
| **Case No.:** 20-cr-00265-YGR-1 | **Case Name:** UNITED STATES v. STEVEN CARRILLO **(IN CUSTODY, PRESENT IN PERSON)** | |

**Attorney for Plaintiff:** Jonathan Lee, Stephanie Hinds
**Attorney for Defendant:** James Thomson, Aaron Jones, Cloud Chavez, Keith McArthur

**Deputy Clerk:** Aris Garcia            **Reported by:** Pamela Hebel
**Interpreter:**                          **Probation Officer:**

### PROCEEDINGS

Change of Plea Hearing – HELD in person in San Francisco Office, Courtroom 4.

Guilty Plea to Counts 1 and 2 of the Superseding Information. Plea is with consent of counsel. Plea is entered.

Notes: An original plea agreement was signed and entered in Court today. Forfeiture per plea agreement.

Pretrial Report is due by 4/1/2022
Sentencing Memos due by 5/20/2022

The Court vacates the status conference set for 2/14/2022 and all trial dates and trial related dates.

**CASE CONTINUED TO June 3, 2022 at 10:30 a.m. in Courtroom 4, 17th Floor, San Francisco for Sentencing.**