# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT  ☒ INFORMATION  ☐ INDICTMENT  ☒ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

## OFFENSE CHARGED

Count One: 18 U.S.C. §§ 924(j)(1) and 2 - Use of a Firearm in Furtherance of a Crime of Violence Resulting in Death

Count Two: 18 U.S.C. §§ 1114(3), 1111, and 2 - Attempted Murder of a Person Assisting an Officer or Employee of the U.S. Government

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

**PENALTY:** See Attached

**DEFENDANT - U.S**
▶ STEVEN CARRILLO

**DISTRICT COURT NUMBER**
4:20-cr-00265-YGR-1

**FILED**
Feb 11 2022
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

## PROCEEDING

Name of Complaintant Agency, or Person (& Title, if any)
FBI

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on this form: Stephanie M. Hinds
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned): Jonathan U. Lee

## DEFENDANT

**IS *NOT* IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☒ On this charge
5) ☐ On another conviction  ☐ Federal  ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No
If "Yes" give date filed

**DATE OF ARREST** ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:   Before Judge:

Comments:

# MAXIMUM PENALTIES

*United States v. Steven Carrillo*, 20-CR-265-1 YGR

Superseding Information

COUNT ONE: 18 U.S.C. §§ 924(j)(1) and 2 - Use of a Firearm in Furtherance of a Crime of Violence Resulting in Death

1. A maximum term of imprisonment of any term of years or life
2. A minimum term of imprisonment of 10 years
3. A maximum term of supervised release of 5 years
4. A maximum fine of $250,000
5. A special assessment of $100
6. Restitution
7. Forfeiture

COUNT TWO:  18 U.S.C. §§ 1114(3), 1111, and 2 - Attempted Murder of a Person Assisting an Officer or Employee of the U.S. Government

1. A maximum term of imprisonment of 20 years
2. A maximum term of supervised release of up to life
3. A maximum fine of $250,000
4. A special assessment of $100
5. Restitution
6. Forfeiture

1  STEPHANIE M. HINDS (CABN 154284)
   United States Attorney
2
3                                                                    **FILED**
4                                                                    Feb 11 2022
                                                                     Mark B. Busby
5                                                                    CLERK, U.S. DISTRICT COURT
                                                                     NORTHERN DISTRICT OF CALIFORNIA
6                                                                    OAKLAND

7                        UNITED STATES DISTRICT COURT

8                      NORTHERN DISTRICT OF CALIFORNIA

9                              OAKLAND DIVISION

10

11  UNITED STATES OF AMERICA,            )   CASE NO.  20-CR-265-1 YGR
                                         )
12         Plaintiff,                    )   VIOLATIONS:
                                         )   18 U.S.C. §§ 924(j)(1) and 2 – Use of a Firearm in
13      v.                               )   Furtherance of a Crime of Violence Resulting in
                                         )   Death; 18 U.S.C. §§ 1114(3), 1111 – Attempted
14  STEVEN CARRILLO,                     )   Murder of a Person Assisting an Officer or Employee
                                         )   of the United States Government; 18 U.S.C. § 2 –
15         Defendant.                    )   Aiding and Abetting; 18 U.S.C. § 924(d)(1), 21
                                         )   U.S.C. § 853, 28 U.S.C. § 2461(c) – Forfeiture
16                                       )
                                         )   OAKLAND VENUE
17                                       )
                                         )
18

19

20                        S U P E R S E D I N G   I N F O R M A T I O N

21  The United States Attorney charges:

22  COUNT ONE:    (18 U.S.C. §§ 924(j)(1) and 2 – Use of a Firearm in Furtherance of a Crime of
                  Violence Resulting in Death)
23

24      1. On or about May 29, 2020, in the Northern District of California, the defendant,

25                                STEVEN CARRILLO,

26  did, unlawfully, knowingly, and willfully, with deliberation and premeditation, and with malice

27  aforethought, murder victim D.U., a Protective Security Officer contracted to provide security in

28  assistance of the Federal Protective Service, part of the Department of Homeland Security, an agency

    SUPERSEDING INFORMATION

within the executive branch of the United States Government, while D.U. was assisting officers and employees of the United States in the performance of official duties and on account of that assistance, and did aid, abet, counsel, induce, and procure the same, in violation of Title 18, United States Code, Sections 1114(1), 1111.

2. On or about May 29, 2020, in the Northern District of California, the defendant,

STEVEN CARRILLO,

with another known individual, each aided and abetted by each other, committed a violation of Title 18, United States Code, Section 924(c), that is, unlawfully and knowingly used and carried a firearm during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, namely, First Degree Murder of a Person Assisting an Officer or Employee of the United States Government (Title 18, United States Code, Sections 1114(1), 1111), as set forth above of D.U., and knowingly possessed a firearm in furtherance of such crime, and in the course of such violation, caused the death of D.U. through the use of a firearm, which killing was first degree murder as defined in Title 18, United States Code, Section 1111(a), all in violation of Title 18, United States Code, Sections 924(j)(1) and 2.

COUNT TWO:    (18 U.S.C. §§ 1114(3), 1111, 2(a) – Attempted Murder of a Person Assisting an Officer or Employee of the United States Government; Aiding and Abetting)

2. On or about May 29, 2020, in the Northern District of California, the defendant,

STEVEN CARRILLO,

did, with premeditation and malice aforethought, attempt to unlawfully kill victim S.M., a Protective Security Officer contracted to provide security in assistance of the Federal Protective Service, part of the Department of Homeland Security, an agency within the executive branch of the United States Government, while S.M. was assisting officers and employees of the United States in the performance of official duties and on account of that assistance, and did aid, abet, counsel, induce, and procure the same, in violation of Title 18, United States Code, Sections 1114(3), 1111, and 2(a).

FORFEITURE ALLEGATION: (18 U.S.C. § 924(d)(1), 21 U.S.C. § 853(a), and 28 U.S.C. § 2461(c))

3. The factual allegations contained in Counts One and Two of this Superseding Information are hereby realleged and by this reference fully incorporated herein for the purpose of

SUPERSEDING INFORMATION        2

alleging forfeiture pursuant to the provisions of 18 U.S.C. § 924(d)(1).

4. Upon a conviction for the offenses alleged in Counts One and Two above, the defendant, STEVEN CARRILLO, shall forfeit to the United States any firearm or ammunition involved in or used in any knowing violation of said offenses, to wit one AR-15-style rifle, specifically, a 9x19 mm caliber Privately Made Firearm with no manufacturer's markings and an overall length of approximately 23-1/8 inches that accepts Glock-type magazines and is a fully automatic machinegun that was seized in Ben Lomond, California, on or about June 6, 2020.

All in violation of 18 U.S.C. § 924(d); 21 U.S.C. § 853; 28 U.S.C. § 2461(c); and Federal Rule of Criminal Procedure 32.2.

DATED:  February 11, 2022

STEPHANIE M. HINDS
United States Attorney

*Jonathan U. Lee*
JONATHAN U. LEE
Assistant United States Attorney

SUPERSEDING INFORMATION                3